

**Sean E. O'Donnell**
**Partner**
Phone: 212.592.1545
Fax: 212.545.3410
sodonnell@herrick.com

July 10, 2019

<u>VIA ECF</u>

The Honorable Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:  *JLT Specialty Insurance Services, Inc. v. NFP Property & Casualty Services, Inc.*,
  Case No. 7:19-cv-3921

Dear Judge Karas:

This firm represents defendant NFP Property & Casualty Services Inc. ("<u>NFP</u>") in the above-referenced matter. Pursuant to Rule I(C) of Your Honor's Individual Rules of Practice, we write to respectfully request an adjournment of the Pre-Motion Conference scheduled for August 20, 2019 at 11:00 am. This is the first request for an adjournment, and counsel for Plaintiff consents to NFP's request.

In an effort to be helpful, counsel for the parties have conferred and, subject to the Court's availability, respectfully propose that the Court schedule the Pre-Motion Conference for the afternoon of September 9, 2019, or any time on September 10-11, 2019.

Respectfully submitted,


/s/Sean E. O'Donnell
Sean E. O'Donnell

cc:    All Counsel of Record via ECF