UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JLT SPECIALITY INSURANCE SERVICES INC.

                      Plaintiff,

v.

NFP PROPERTY AND CASUALTY SERVICES, INC.

                      Defendant.

Case No. 19-CV-3921 (KMK)

MOTION SCHEDULING ORDER

---

KENNETH M. KARAS, District Judge:

    At the Conference held before the Court on October 3, 2019, the Court adopted the following briefing schedule: Defendant shall file its Motion to Transfer or, in the alternative To Dismiss by no later than October 25, 2019. Plaintiff shall file a response by no later than November 22, 2019. Defendant shall file a reply by no later than December 20, 2019.

    The Parties are reminded that there is a strict page limit of 25 pages. Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the Motion is decided.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    October 3, 2019
                White Plains, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE