UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
JLT SPECIALTY INSURANCE SERVICES INC., :
:
                Plaintiff, :    19 Civ. 3921 (KMK)
:
     v. :
:
:    **STIPULATION &**
NFP PROPERTY & CASUALTY SERVICES, INC., :    **[PROPOSED] ORDER**
:    **STAYING ACTION**
                Defendant. :
-------------------------------------------------------------------- x

**WHEREAS**, Plaintiff JLT Specialty Insurance Services Inc. commenced the above-captioned action by filing a Complaint on May 1, 2019, asserting claims against Defendant NFP Property & Casualty Services, Inc. for: (i) tortious interference with existing and prospective business relationships; (ii) tortious interference with contract; (iii) unfair competition; and (iv) misappropriation of confidential information;

**WHEREAS**, Plaintiff and Defendant (collectively, the "Parties") have agreed in principle to settle the instant action in its entirety, subject to entering into an integrated settlement contract and finalizing various ancillary deal terms;

**WHEREAS**, the Parties wish to avoid incurring further expense and cost in connection with this litigation pending final settlement;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective attorneys, that this action and all litigation deadlines shall be stayed for sixty (60) days to allow the Parties to reach a formal settlement, execute a settlement contract, and file a formal Notice of Discontinuance with the Court.

| | |
|---|---|
| Dated: New York, New York<br>December 26, 2019 | Dated: New York, New York<br>December 26, 2019 |
| By: */s/ A. Michael Weber*<br>A. Michael Weber, Esq.<br>Littler Mendelson, P.C.<br>900 Third Avenue<br>New York, NY 10022<br>*Attorneys for Plaintiff*<br>*JLT Specialty Insurance Services Inc.* | By: */s/ Sean E. O'Donnell*<br>Sean E. O'Donnell, Esq.<br>Jason A. D'Angelo, Esq.<br>Patrick M. Johnson, Esq.<br>Daniel A. Field, Esq.<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016<br>*Attorneys for Defendant*<br>*NFP Property & Casualty Services, Inc.* |

SO ORDERED.

_____
Honorable Kenneth M. Karas, U.S.D.J.