UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
JLT SPECIALTY INSURANCE SERVICES INC.,              :
                                                    :
                           Plaintiff,               :  19 Civ. 3921 (KMK)
                                                    :
                    v.                              :
                                                    :
                                                    :  **STIPULATION OF**
NFP PROPERTY & CASUALTY SERVICES, INC.,             :  **VOLUNTARY**
                                                    :  **DISMISSAL**
                           Defendant.               x  **PURSUANT TO FRCP**
------------------------------------------------------------------    **41(a)(i)(A)(ii)**


**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their undersigned counsel that the above-captioned action, including all claims asserted therein, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It is further stipulated and agreed that neither Plaintiff nor Defendant will be deemed a prevailing party under Federal Rule of Civil Procedure 54 and that each party will bear its own attorneys' fees and litigation costs.

Dated: New York, New York          Dated: New York, New York
       December 31, 2019                  December 31, 2019


By: _____/s/_____                By: _____/s/_____
A. Michael Weber, Esq.             Sean E. O'Donnell, Esq.
Littler Mendelson, P.C.            Jason A. D'Angelo, Esq.
900 Third Avenue                   Patrick M. Johnson, Esq.
New York, NY 10022                 Daniel A. Field, Esq.
*Attorneys for Plaintiff*          Herrick, Feinstein LLP
*JLT Specialty Insurance Services Inc.*   Two Park Avenue
                                   New York, NY 10016
                                   *Attorneys for Defendant*
                                   *NFP Property & Casualty Services, Inc.*