UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JLT SPECIALTY INSURANCE SERVICES INC.,

        Plaintiff,    19 Civ. 3921 (KMK)

  v.

NFP PROPERTY & CASUALTY SERVICES, INC.,  **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

        Defendant.
------------------------------------------------------------------- x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their undersigned counsel that the above-captioned action, including all claims asserted therein, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It is further stipulated and agreed that neither Plaintiff nor Defendant will be deemed a prevailing party under Federal Rule of Civil Procedure 54 and that each party will bear its own attorneys' fees and litigation costs.

Dated: New York, New York
   January 3, 2020

By: _____
A. Michael Weber, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
*Attorneys for Plaintiff*
*JLT Specialty Insurance Services Inc.*

Dated: New York, New York
   January 3, 2020

By: _____
Sean E. O'Donnell, Esq.
Jason A. D'Angelo, Esq.
Patrick M. Johnson, Esq.
Daniel A. Field, Esq.
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
*Attorneys for Defendant*
*NFP Property & Casualty Services, Inc.*